

# NUMBER 13-22-00174-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

| | |
|---|---|
| **ADELANTE FUNDING I LTD., A TEXAS LIMITED PARTNERSHIP,** | **Appellant,** |
| **v.** | |
| **JUAN DE RIOS OZUNA AND MARGARITA OZUNA,** | **Appellees.** |

## On appeal from the 357th District Court of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Chief Justice Contreras**

This is an interlocutory appeal of a temporary injunction order in a dispute concerning certain real property. Appellant Adelante Funding I Ltd., a Texas Limited Partnership, has filed a "Motion for Voluntary Dismissal" stating that the parties have reached a settlement agreement in the underlying cause and that the instant appeal is

moot. Appellant represents that appellees have not indicated whether they oppose the relief requested in the motion.

Having reviewed the motion and the record documents, we conclude the motion is meritorious and should be granted. Accordingly, we GRANT appellant's "Motion for Voluntary Dismissal" and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

DORI CONTRERAS
Chief Justice

Delivered and filed on the
30th day of August, 2022.